1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-CR-1172-RSH |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| NICHOLAS ANTHONY MANISCALCO, | |
| Defendant. | |

This matter comes before the Court upon the application of the United States of America to dismiss without prejudice the Indictment in this case as to defendant NICHOLAS ANTHONY MANISCALCO under Rule 48(a) of the Federal Rules of Criminal Procedure. For reasons stated in the motion, the Court finds good cause for granting the requested dismissal.

WHEREFORE, IT IS HEREBY ORDERED that the United States' application to dismiss without prejudice the Indictment is GRANTED.

DATED: 6/6/25

*Robert S. Huie*

HON. ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE